2544 North Avenue Food Mart, Inc. for use of Claude Neon Federal Company, appellee, v. Leon Dickman and Frank Sampson, appellants. Gen. No. 37,140.

 Opinion filed June 15, 1934.

Rieger & Rieger, for appellants; William Feldman and Louis Shaffer, of counsel. Dana R. Simpson and James V. Kenny, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Samuel Donian, appellant, v. Louis Pappas, appellee. Gen. No. 37,232.

 Opinion filed June 15, 1934.

Bither & Bither, for appellant. Richard Hill, Jr., for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Harriet A. Rife, appellee, v. William H. Rife, appellant. Gen. No. 37,238.

 Opinion filed June 15, 1934.

Glenn P. Sayers, for appellant. Ina M. R. Campbell, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Royal A. Duke, appellee, v. Manxi and Kottas Company et al., appellants. Gen. No. 37,248.

 Opinion filed June 15, 1934.

Finnell & Panutsos and Raymond W. Beach, for appellants. Henry W. Kenoe, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.